INDUSTRIAL DEVELOPMENT ASSOCIATES v. F.T.P., INC.

June 21, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 281)

STATE OF NEW JERSEY v. HECTOR SANABRIA.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. REMY SAINVALLIER.

June 21, 1988.

Petition for certification denied.